IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-491-WYD-BNB

CYNTHIA WARREN; and
JOSEPH WARREN,

    Plaintiff(s),

v.

AETNA HEALTH, INC., d/b/a AETNA,

    Defendant(s).
_____

## ORDER OF DISMISSAL
_____

    The Plaintiffs have filed a Motion to Dismiss with Prejudice on June 3, 2005. After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that plaintiffs' Motion to Dismiss is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  June 20, 2005

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge